DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TRYCE ANKROM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:12-CR-00004 MJS |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| v. | |
| TRYCE ANKROM, | Magistrate Judge:  Michael J. Seng |
| Defendant. | |

    Mr. Ankrom has recently become unemployed and homeless; he has moved to Independence, Missouri to live with his parents.  Given the circumstances, it is a significant financial and personal hardship for Mr. Ankrom to be present at court in Yosemite.  Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motion hearings and change of plea.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

Additionally, it is expected that the matter will be resolved through a written plea agreement. Mr. Ankrom understands that he has the right to appear in person in the Eastern District of California at plea and sentencing. Pursuant to Fed. R. Crim. P. 43(b)(2) & (3), Mr. Ankrom waives the right to be personally present, and requests that plea and sentencing be conducted telephonically in his absence.

DATED: February 9, 2012        /s/ Tryce Ankrom
                               TRYCE ANKROM


DATED:  February10, 2012       /s/ Peggy Sasso
                               PEGGY SASSO
                               Assistant Federal Defender
                               Attorney for Tryce Ankrom

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order, but that Defendant's request that plea and sentencing proceed in Defendant's absence is **DENIED** without prejudice. Counsel may address the issue at the next scheduled status conference in this case.

IT IS SO ORDERED.

Dated:   February 10, 2012        /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

Ankrom / Rule 43 waiver                -2-