HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TRYCE DELANE ANKROM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:12-CR-00004 MJS |
| Plaintiff, | **STIPULATION TO EXTEND PROBATION TWO MONTHS; ORDER** |
| v. | |
| TRYCE DELANE ANKROM, | Judge: Hon. Michael J. Seng |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Matthew McNeese, NPS Legal Officer, counsel for plaintiff, and Andras Farkas, Assistant Federal Defender, counsel for Defendant, Tryce Delane Ankrom, that probation be extended two months to July 1, 2014.

This extension of probation is requested by defense counsel so Defendant can complete the court ordered 52-week domestic violence course. The government does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 31, 2013

/s/ Matthew McNeese
MATTHEW McNEESE
Legal Officer
National Park Service

|   |   |
|---|---|
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| May 31, 2013 | /s/ Andras Farkas<br>ANDRAS FARKAS<br>Assistant Federal Defender<br>Attorney for Defendant<br>TRYCE D. ANKROM |

**ORDER**

Good cause appearing, the parties Stipulation to extend probation in case NO. 6:12-CR-00004 MJS is granted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   May 31, 2013          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE